# EXHIBIT B

Charted Claims:
Method Claim: 1
Non-Method Claim:

| US9986435 | U.S. Bank's Mobile app ("The Accused Product") |
|---|---|
| 1. A method to perform an action, comprising:<br><br>receiving, by a first device located at a first geographical location, one or more messages that: | The accused product practices a method to perform an action (e.g., authorize credit/debit card transaction), comprising: receiving, by a first device (e.g., U.S. Bank server) located at a first geographical location (e.g., geographical location of a U.S. Bank data centre), one or more messages (e.g., geolocation information messages from a mobile device enabled with U.S. Bank Mobile app, messages with location updates from a mobile device enabled with U.S. Bank Mobile app).<br><br><br>https://www.usbank.com/online-mobile-banking/mobile-banking.html |



https://www.usbank.com/annual-report/2018/simplicity.html#mobile-app-section

# **Location services**

This optional feature runs in the background of the U.S. Bank Mobile App to enhance the security of your U.S. Bank Visa® credit or debit card account. When you allow access to your location by enabling Location Services in the app, we can verify that you and your U.S. Bank Visa card are together, whether home or away – helping you minimize your risk of fraud and avoid unnecessary transaction declines while traveling.

**To activate this feature:**

**On iPhone,** go to Settings > Privacy > Location Services > U.S. Bank and set to Always (on).
**On Android™ phones**, the steps will be similar but may vary slightly. For example:

- Samsung Note 8: Go to Settings > Apps > U.S. Bank > Permissions and turn on Location.
- Google Pixel XL: Go to Settings > Apps & notifications > All apps > U.S. Bank > Permissions and turn on Location.

https://web.archive.org/web/20191104094937/https://www.usbank.com/online-mobile-banking/digital-innovations.html#location

Source: US Bank

**Just in time for the holiday season, U.S. Bank has added location services to the U.S. Bank Mobile App, offering U.S. Bank Visa credit and debit card customers technology that uses their phones' location to help verify whether their mobile devices and credit or debit card are in the same location.**

By using the mobile device's location in the authorization decision, U.S. Bank can help give consumers the confidence that their transactions will be approved, minimizing disruptions and further reducing the risk of fraud. The bank's easy-to-use mobile app automatically provides consumers with this added layer of convenience and protection. Users will have the ability to opt out of the feature.

https://www.finextra.com/pressarticle/71522/us-bank-to-use-geolocation-to-authorise-card-transactions

**Personal information we collect**

We collect information that identifies, relates to, describes, references, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or device ("Personal Information"). In particular, we may have collected the following categories of personal information from our consumers within the last twelve (12) months:

- Identifiers: Real name, address, telephone number, cookies, device identifier, pixel tags, email address, IP addresses, Social Security number, account name and other similar identifiers

- Account information: Account number and balances, payment card details including credit and debit card numbers

- Protected classification information: Gender, ethnicity, national origin, veteran or military status and others

- Internet or electronic activity: Browsing history, search history, information on your interaction with a website, application or advertisements

- Geolocation: Physical location or movements

https://www.usbank.com/about-us-bank/privacy/state-personal-information-program.html

## Data safety  →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region and age The developer provided this information and may update it over time.

∝°    No data shared with third parties
      Learn more about how developers declare sharing

⟳    This app may collect these data types
      Location, Personal info and 5 others

https://play.google.com/store/apps/details?id=com.usbank.mobilebanking



https://play.google.com/store/apps/details?id=com.usbank.mobilebanking

| indicate geographical location information of a second device located at a second geographical location, and | The accused product practices receiving, at a first device (e.g., U.S. Bank server), a message which indicates geographical location information (e.g., location of mobile device with U.S. Bank Mobile app) of a second device located at a second geographical location (e.g., mobile device enabled with U.S. Bank Mobile app). |
|---|---|
| | As shown below, a device enabled with the U.S. Bank Mobile app sends location information to a U.S. Bank server which uses the location of user to authorize and approve credit/debit card transaction. |



https://www.usbank.com/annual-report/2018/simplicity.html#mobile-app-section

# **Location services**

This optional feature runs in the background of the U.S. Bank Mobile App to enhance the security of your U.S. Bank Visa® credit or debit card account. When you allow access to your location by enabling Location Services in the app, we can verify that you and your U.S. Bank Visa card are together, whether home or away – helping you minimize your risk of fraud and avoid unnecessary transaction declines while traveling.

**To activate this feature:**

**On iPhone,** go to Settings > Privacy > Location Services > U.S. Bank and set to Always (on).
**On Android™ phones**, the steps will be similar but may vary slightly. For example:

- Samsung Note 8: Go to Settings > Apps > U.S. Bank > Permissions and turn on Location.
- Google Pixel XL: Go to Settings > Apps & notifications > All apps > U.S. Bank > Permissions and turn on Location.

https://web.archive.org/web/20191104094937/https://www.usbank.com/online-mobile-banking/digital-innovations.html#location

Source: US Bank

**Just in time for the holiday season, U.S. Bank has added location services to the U.S. Bank Mobile App, offering U.S. Bank Visa credit and debit card customers technology that uses their phones' location to help verify whether their mobile devices and credit or debit card are in the same location.**

By using the mobile device's location in the authorization decision, U.S. Bank can help give consumers the confidence that their transactions will be approved, minimizing disruptions and further reducing the risk of fraud. The bank's easy-to-use mobile app automatically provides consumers with this added layer of convenience and protection. Users will have the ability to opt out of the feature.

https://www.finextra.com/pressarticle/71522/us-bank-to-use-geolocation-to-authorise-card-transactions

### Personal information we collect

We collect information that identifies, relates to, describes, references, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or device ("Personal Information"). In particular, we may have collected the following categories of personal information from our consumers within the last twelve (12) months:

- Identifiers: Real name, address, telephone number, cookies, device identifier, pixel tags, email address, IP addresses, Social Security number, account name and other similar identifiers

- Account information: Account number and balances, payment card details including credit and debit card numbers

- Protected classification information: Gender, ethnicity, national origin, veteran or military status and others

- Internet or electronic activity: Browsing history, search history, information on your interaction with a website, application or advertisements

- Geolocation: Physical location or movements

https://www.usbank.com/about-us-bank/privacy/state-personal-information-program.html

## Data safety  →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region and age The developer provided this information and may update it over time.

⤳  No data shared with third parties
   Learn more about how developers declare sharing

⬆  This app may collect these data types
   Location, Personal info and 5 others

https://play.google.com/store/apps/details?id=com.usbank.mobilebanking



https://play.google.com/store/apps/details?id=com.usbank.mobilebanking

| include a request for a first action to be performed by the first device, wherein the one or more messages are received from the second device, and wherein the | The accused product practices receiving, at a first device (e.g., U.S. Bank server), a message which includes a request for a first action (e.g., authorize credit/debit card transaction) to be performed by the first device (e.g., U.S. Bank server), wherein the one or more messages (e.g., a mobile device enabled with U.S. Bank Mobile app, messages with location updates from a mobile device enabled with U.S. Bank Mobile app) are received from the second device (e.g., the mobile device enabled with U.S. Bank Mobile app), and wherein the geographical location information (e.g., location of mobile device enabled with U.S. Bank Mobile app) of a second device |
|---|---|

| geographical location information of the second device acts as authentication to allow the first action to be performed by the first device; and | (e.g., mobile device enabled with U.S. Bank Mobile app) acts as authentication to allow the first action (e.g., authorize credit/debit card transaction) to be performed by the first device (e.g., U.S. Bank server).<br><br>The location information of the second device (e.g., location of mobile with U.S. Bank Mobile app) acts as authentication to allow the first action (e.g., authorize credit/debit card transaction) because it permits the first device (e.g., U.S. Bank server) to perform the first action (e.g., authorize credit/debit card transaction).<br><br><br>https://www.usbank.com/annual-report/2018/simplicity.html#mobile-app-section |

# **Location services**

This optional feature runs in the background of the U.S. Bank Mobile App to enhance the security of your U.S. Bank Visa® credit or debit card account. When you allow access to your location by enabling Location Services in the app, we can verify that you and your U.S. Bank Visa card are together, whether home or away – helping you minimize your risk of fraud and avoid unnecessary transaction declines while traveling.

**To activate this feature:**

**On iPhone,** go to Settings > Privacy > Location Services > U.S. Bank and set to Always (on).
**On Android™ phones**, the steps will be similar but may vary slightly. For example:

- Samsung Note 8: Go to Settings > Apps > U.S. Bank > Permissions and turn on Location.
- Google Pixel XL: Go to Settings > Apps & notifications > All apps > U.S. Bank > Permissions and turn on Location.

https://web.archive.org/web/20191104094937/https://www.usbank.com/online-mobile-banking/digital-innovations.html#location

Source: US Bank

**Just in time for the holiday season, U.S. Bank has added location services to the U.S. Bank Mobile App, offering U.S. Bank Visa credit and debit card customers technology that uses their phones' location to help verify whether their mobile devices and credit or debit card are in the same location.**

By using the mobile device's location in the authorization decision, U.S. Bank can help give consumers the confidence that their transactions will be approved, minimizing disruptions and further reducing the risk of fraud. The bank's easy-to-use mobile app automatically provides consumers with this added layer of convenience and protection. Users will have the ability to opt out of the feature.

https://www.finextra.com/pressarticle/71522/us-bank-to-use-geolocation-to-authorise-card-transactions

**Personal information we collect**

We collect information that identifies, relates to, describes, references, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or device ("Personal Information"). In particular, we may have collected the following categories of personal information from our consumers within the last twelve (12) months:

- Identifiers: Real name, address, telephone number, cookies, device identifier, pixel tags, email address, IP addresses, Social Security number, account name and other similar identifiers

- Account information: Account number and balances, payment card details including credit and debit card numbers

- Protected classification information: Gender, ethnicity, national origin, veteran or military status and others

- Internet or electronic activity: Browsing history, search history, information on your interaction with a website, application or advertisements

- Geolocation: Physical location or movements

https://www.usbank.com/about-us-bank/privacy/state-personal-information-program.html

## Data safety  →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region and age The developer provided this information and may update it over time.

⤳  No data shared with third parties
Learn more about how developers declare sharing

☁  This app may collect these data types
Location, Personal info and 5 others

https://play.google.com/store/apps/details?id=com.usbank.mobilebanking



https://play.google.com/store/apps/details?id=com.usbank.mobilebanking

| autonomously performing, based at least on the received one or more messages, by the first device, the authenticated first action. | The accused product practices autonomously performing, based at least on the received one or more messages (e.g., location information update related message), by the first device (e.g., U.S. Bank server), the authenticated first action (e.g., authorize credit/debit card transaction).<br><br>As shown below, when a user with U.S. Bank Mobile app installed stays at the same geo-location where credit/debit card transaction is going on, then the U.S. Bank server will authorize the transaction and approve the transaction process. |



https://www.usbank.com/annual-report/2018/simplicity.html#mobile-app-section

# **Location services**

This optional feature runs in the background of the U.S. Bank Mobile App to enhance the security of your U.S. Bank Visa® credit or debit card account. When you allow access to your location by enabling Location Services in the app, we can verify that you and your U.S. Bank Visa card are together, whether home or away – helping you minimize your risk of fraud and avoid unnecessary transaction declines while traveling.

**To activate this feature:**

**On iPhone,** go to Settings > Privacy > Location Services > U.S. Bank and set to Always (on).
**On Android™ phones**, the steps will be similar but may vary slightly. For example:

- Samsung Note 8: Go to Settings > Apps > U.S. Bank > Permissions and turn on Location.
- Google Pixel XL: Go to Settings > Apps & notifications > All apps > U.S. Bank > Permissions and turn on Location.

https://web.archive.org/web/20191104094937/https://www.usbank.com/online-mobile-banking/digital-innovations.html#location

Source: US Bank

**Just in time for the holiday season, U.S. Bank has added location services to the U.S. Bank Mobile App, offering U.S. Bank Visa credit and debit card customers technology that uses their phones' location to help verify whether their mobile devices and credit or debit card are in the same location.**

By using the mobile device's location in the authorization decision, U.S. Bank can help give consumers the confidence that their transactions will be approved, minimizing disruptions and further reducing the risk of fraud. The bank's easy-to-use mobile app automatically provides consumers with this added layer of convenience and protection. Users will have the ability to opt out of the feature.

https://www.finextra.com/pressarticle/71522/us-bank-to-use-geolocation-to-authorise-card-transactions

**Personal information we collect**

We collect information that identifies, relates to, describes, references, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or device ("Personal Information"). In particular, we may have collected the following categories of personal information from our consumers within the last twelve (12) months:

- Identifiers: Real name, address, telephone number, cookies, device identifier, pixel tags, email address, IP addresses, Social Security number, account name and other similar identifiers

- Account information: Account number and balances, payment card details including credit and debit card numbers

- Protected classification information: Gender, ethnicity, national origin, veteran or military status and others

- Internet or electronic activity: Browsing history, search history, information on your interaction with a website, application or advertisements

- Geolocation: Physical location or movements

https://www.usbank.com/about-us-bank/privacy/state-personal-information-program.html

## Data safety  →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region and age The developer provided this information and may update it over time.

⤝  No data shared with third parties
Learn more about how developers declare sharing

⟳  This app may collect these data types
Location, Personal info and 5 others

https://play.google.com/store/apps/details?id=com.usbank.mobilebanking



https://play.google.com/store/apps/details?id=com.usbank.mobilebanking